UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEAN RICHARD NYLUND,                                           Civil No.  08-2669 JMR/AJB

    Petitioner,

v.                                                                                       O R D E R

STATE OF MINNESOTA,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 31, 2008, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.


DATED:  August 20, 2008.

                                                    s/James M. Rosenbaum
                                                  Judge James M. Rosenbaum
                                                  U. S. District Court